# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Thomas Eisenrich,　　　　　　　　　　　　　Case No. 07-1845 (RHK/JSM)

　　　　　　Plaintiff,

vs.

Minneapolis Retail Meat Cutters　　　　　　**ORDER FOR STAY**
and Food Handlers Pension Plan,

　　　　　　Defendant.

---

This matter came before the undersigned pursuant to the Parties Stipulation for Stay. Therefore,

**IT IS HEREBY ORDERED**:

That in accordance with the Stipulation of the Parties, upon Defendant's posting of a supersedeas bond in the amount of $125,000.00, execution of the judgment in the amount of $73,471.34, entered on May 1, 2008 is hereby stayed during the appeal.

Dated: June 19, 2008

　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　United States District Judge