# -UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Thomas Eisenrich,

            Plaintiff,

                              Civ. No. 07-1845 (RHK/JSM)
                              **ORDER**

v.

Minneapolis Retail Meat Cutters and Food
Handlers Pension Plan,

            Defendant.

---

The parties having stipulated that the supersedeas bond posted by Defendant pending appeal (Doc. No. 65) may now be discharged, **IT IS ORDERED** that said bond is **DISSOLVED,** and any liability therefor by the surety, Travelers Casualty and Surety Company of America**,** is **RELEASED** and **DISCHARGED**.

Dated: December 10, 2009                            s/Richard H. Kyle
                                                                   RICHARD H. KYLE
                                                                     United States District Judge